**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7858**

_____




IN RE:  ANDREW MENICHINO,



                                           Petitioner.



                      _____

On Petition for Writ of Mandamus.
            (CA-04-1476)

                      _____

Submitted:  February 24, 2005      Decided:  March 9, 2005

                      _____

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

                      _____

Petition denied by unpublished per curiam opinion.

                      _____

Andrew Menichino, Petitioner Pro Se.

                      _____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrew Menichino petitions for writ of mandamus, alleging the district court has unduly delayed acting on a petition that he filed pursuant to 28 U.S.C. § 2241 (2000). He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED